COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. KASPARE COHN COMPANY, Limited (Formerly Rayben, Limited), Respondent.

KASPARE COHN, Inc., v. COMMISSIONER OF INTERNAL REVENUE.

No. 9124.

Circuit Court of Appeals, Ninth Circuit.

Feb. 16, 1940.

Thomas R. Dempsey, of Los Angeles, Cal., for taxpayers.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., for the Commissioner.

PER CURIAM.

Upon stipulation of counsel for respective parties, for dismissal of the petitions to review herein by the clerk pursuant to Rule 16 of the Rules of this Court, petitions to review herein entered dismissed as of February 16, 1940, and certified copies of such stipulation for dismissal issued to counsel and to the clerk of the United States Board of Tax Appeals.

COMMISSIONER OF INTERNAL REVENUE, Petitioner, v. Harry A. LOGAN, Respondent.

No. 7270.

Circuit Court of Appeals, Third Circuit.

Feb. 15, 1940.

Samuel O. Clark, Jr., Asst. Atty. Gen., and Sewall Key and L. W. Post, Sp. Assts. to Atty. Gen., for petitioner.

David W. Richmond, of Washington, D. C., for respondent.

Before MARIS, CLARK, and JONES, Circuit Judges.

PER CURIAM.

The decision of the Board of Tax Appeals is reversed upon the authority of Commissioner v. Hart, 3 Cir., 106 F.2d 269.

COMMISSIONER OF INTERNAL REVENUE v. OREGON MESABI CORPORATION.

No. 9448.

Circuit Court of Appeals, Ninth Circuit.

Feb. 15, 1940.

Samuel O. Clark, Jr., Asst. U. S. Atty. Gen., and J. P. Wenchel, Chief Counsel, Bureau of Internal Revenue, of Washington, D. C., for petitioner.

Lowell Mickelwait, of Seattle, Wash., for respondent.

Before GARRECHT, HANEY, and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel for respective parties, and good cause therefor appearing, ordered petition to review herein dismissed, that a judgment of dismissal be filed and entered accordingly, and that the mandate of this court in this cause be issued forthwith.